HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN ARELLANO-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00010-AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| vs. | |
| JUAN ARELLANO-RAMIREZ, | Date:   July 28, 2014<br>Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for Defendant, Juan Arellano-Ramirez, that the status conference set for June 30, 2014, at 10:00 a.m. before Judge Ishii, may be continued to July 28, 2014 at 10:00 a.m.  This is a fast-track case whereby it is anticipated that Mr. Arellano-Ramirez will change his plea and be sentenced at the status conference, pursuant to the signed plea agreement that has been filed with the Court.

The requested continuance is necessary to allow counsel further time to investigate an issue that will determine the correct sentencing guideline range.  Given that defendants in fast-track cases are typically sentenced the same day that they plead guilty, both parties would like to conduct the necessary research and investigation prior to the scheduled hearing.  Accordingly,

-1-

this requested continuance will conserve time and resources for both counsel and the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: June 26, 2014          /s/ Mia A. Giacomazzi
                              MIA A. GIACOMAZZI
                              Assistant United States Attorney
                              Attorneys for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


DATED: June 26, 2014          /s/ Jerome Price
                              JEROME PRICE
                              Assistant Federal Defender
                              Attorneys for Defendant
                              JUAN ARELLANO-RAMIREZ


**O R D E R**

IT IS SO ORDERED.

Dated:   June 26, 2014        _____
                              SENIOR DISTRICT JUDGE